NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

DEBRA BARNETT, et al.,

               Plaintiffs,

v.

UNITED AIRLINES,

               Defendant.

Civil Action No. 25-02419 (SDW) (JRA)

**ORDER**

February 18, 2026

**WIGENTON**, District Judge.

Before this Court is Magistrate Judge José R. Almonte's ("Judge Almonte") Report and Recommendation (D.E. 24 ("R&R")), dated February 2, 2026, which recommends that this Court dismiss Plaintiffs Debra Barnett and Lance Barnett's ("Plaintiffs") Complaint, (D.E. 1), without prejudice for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(2).  No objections have been filed.  This Court has reviewed the reasons set forth by Judge Almonte in his R&R and the record in this matter.  Based on the foregoing, and for good cause shown, it is hereby

    **ORDERED** that Judge Almonte's R&R is **ADOPTED** as the conclusions of law of this Court, and it is further

    **ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

    **SO ORDERED.**

_/s/ Susan D. Wigenton_
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:  Clerk
cc:    Parties
       José R. Almonte, U.S.M.J.